430 A.2d 1153

## In re ESTATE of Lloyd E. JACOBS, Deceased.

### Appeal of Deborah Ann Jacobs SMITH.

Supreme Court of Pennsylvania.

Argued May 19, 1981.

Decided June 4, 1981.

Daniel W. Shoemaker, York, for appellant.

Jordon D. Cunningham, Harrisburg, for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

OPINION

PER CURIAM:

Decree affirmed.   Each party pay own costs.

O'BRIEN, C.J., did not participate in the consideration or decision of this case.